WILLIAM H. EDWARDS and Others, Respondents, v. EDWARD F. STEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal.   All concurred.

HENRY W. COOK, as Administrator, etc., Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.— Judgment and order affirmed, with costs.   All concurred.

MARION J. LOGHRY, Appellant, v. WILLIAM D. LYNAUGH, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to renew the application at Special Term, if so advised.   Held, that the letters and papers presented by respondent's counsel which were not before the Special Term should not be considered upon this appeal.   All concurred.

ABEL R. MULDER, Respondent, v. UNITED STATES SLICING MACHINE COMPANY and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event, upon the ground that the verdict is excessive, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party.   All concurred.

MICHAEL IUPPA and Another, Appellants, v. AARON ANGERT and Others, Respondents.— Judgment reversed and a new trial granted, with costs to appellants to abide event.   Held, we are not satisfied that the defendants sustained the burden of proof to show that the contract was intended to include the garage and that it was omitted from the written contract by the mutual mistake of the parties.   We, however, do not finally decide that question, but under the circumstances think the case should be retried before the judge who may have the advantage of hearing and seeing the witnesses in court.   All concurred.

GEORGE H. REPPERT and Others, Appellants, Respondents, v. MARY EVA HUNTER, Individually and as Trustee, etc., Appellant, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MABEL L. LUTHER, an Infant, etc., Respondent, v. THE CITY OF DUNKIRK and Others, Appellants.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.

ELIZABETH A. HICKEY, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion granted amending order of reversal entered October 20, 1917, so as to stay all proceedings until payment to defendant of costs of former action.

MIKE MERELLE, Respondent, v. FILIPPO' DE STEFANIS and Others, Appellants.— Motion to dismiss appeal granted and appeal dismissed, with costs.

MINNIE HIRD, Respondent, v. NATHAN· A. BUNDY, as Receiver, etc., and Others, Appellants.— Motion to dismiss appeal granted unless appellants shall be ready for argument on January twenty-third.